**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 13-35725 |
|---|---|---|
| Robert A. Atene | Hearing Date: | July 21, 2017 |
| | Chapter: | 13 |
| | Judge: | ABA |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg Jr., United States Bankruptcy Judge.

**Reason for Hearing:**   Objection to Trustee Certification of Default

**Location of Hearing:**   Courtroom No. 4-B
 United States Court House
 4th and Cooper Streets
 Camden, NJ 08101

**Date and Time:**   July 21, 2017 @ 9:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: May 30, 2017                    JEANNE A. NAUGHTON, Clerk

                                By: /s/ Darlene E. Fitzgerald
                                        Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____May 30_____, 20_17_ this notice was served on the following: Debtor, Attorney for Debtor, Trustee, US Trustee

                                JEANNE A. NAUGHTON, Clerk

                                By: /s/ Darlene E. Fitzgerald
                                        Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-35725-ABA
Robert A. Atene                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: May 30, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db            #+Robert A. Atene,    10 Earlington Avenue,    Mullica Hill, NJ 08062-9417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, NA
               angela.pattison@powerskirn.com, ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Elysa D Bergenfeld    on behalf of Creditor    Rittenhouse at Locust Grove Homeowners Association,
               Inc. edb@ansellgrimm.com, rbl@ansellgrimm.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Plaintiff Robert A. Atene ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Debtor Robert A. Atene ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Richard B. Linderman    on behalf of Creditor    Rittenhouse at Locust Grove Homeowners Association,
               Inc. rbl@ansellgrimm.com, edb@ansellgrimm.com
                                                                                             TOTAL: 8