# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Robert A. Atene

Case No.: 13-35725

Hearing Date: June 8, 2018

Chapter: 13

Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg Jr.  , United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Certification of Default by Standing Trustee

**Location of Hearing:** Courtroom No. 4-B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** June 8, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: May 15, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  May 15 , 20 18  this notice was served on the following: Debtor, Attorney for Debtor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Robert A. Atene  
    Debtor

Case No. 13-35725-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: May 15, 2018  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.  
db              #+Robert A. Atene,    10 Earlington Avenue,    Mullica Hill, NJ 08062-9417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:  
       Angela Catherine Pattison     on behalf of Creditor     WELLS FARGO BANK, NA angela.pattison@powerskirn.com, ecf@powerskirn.com  
       Denise E. Carlon     on behalf of Creditor     Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
       Elysa D Bergenfeld     on behalf of Creditor     Rittenhouse at Locust Grove Homeowners Association, Inc. edb@ansellgrimm.com, rbl@ansellgrimm.com  
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Lee Martin Perlman     on behalf of Plaintiff Robert A. Atene ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
       Lee Martin Perlman     on behalf of Debtor Robert A. Atene ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
       Richard B. Linderman     on behalf of Creditor     Rittenhouse at Locust Grove Homeowners Association, Inc. rbl@ansellgrimm.com, edb@ansellgrimm.com  
                                                                                                                   TOTAL: 8